AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JUAN DIAZ,<br><br>*Plaintiff(s)*<br>v.<br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendant(s)* | Civil Action No. 1:22 Civ. 3086  ENV-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JETBLUE AIRWAYS CORPORATION
27-01 Queens Plaza North
Long Island City, New York 11101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John J.P. Howley
The Howley Law Firm P.C.
1345 Avenue of the Americas, 2nd Floor
New York, New York  10105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*



Date: 5/25/2022                                                                           s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*